IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Graham,<br><br>    Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>    Defendant. | No. CV 04-244-TUC-RCC-(JM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On January 3, 2006, the Honorable Jacqueline Marshall, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 16). The Recommendation advised the Court to **GRANT** Plaintiff's Motion for Summary Judgment (Docket No. 8) and **DENY** Defendant's Cross-Motion for Summary Judgment (Docket No. 9), and **REMAND** this action for reconsideration by the ALJ consistent with this Report and Recommendation.

The Court considers the Recommendation (Docket No. 16) to be thorough and well-reasoned. After a thorough and *de novo* review of the record, the Court will **ADOPT** the Recommendation of the Magistrate Judge.

DATED this 29th day of March, 2006.

Raner C. Collins
United States District Judge